**2008–2502.   State v. Bodyke.**
Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387. This cause is pending before the court as an appeal from the Court of Appeals for Huron County. Upon consideration of the motion of amici curiae National Alliance to End Sexual Violence et al. to participate in oral argument

scheduled for November 4, 2009,

It is ordered by the court that the motion is granted.